In re DEPARTMENT OF PUBLIC PARKS. (Supreme Court, General Term, First Department. October 18, 1895.) In the matter of the department of public parks, Twenty-Third and Twenty-Fourth wards. No opinion. Application denied.

DEVLIN, Respondent, v. NEW YORK EL. RY. CO. et al., Appellants. (Supreme Court, General Term, First Department. November 15, 1895.) Action by John E. Devlin, individually, etc., against the New York Elevated Railway Company and others. B. Tolles, for appellants. W. G. Wilson, for respondent. No opinion. Judgment affirmed, with costs.

DODGE et al., Appellants, v. McKECHNIE, Respondent. (Supreme Court, General Term, Fifth Department. October 16, 1895.) Action by Arthur M. Dodge and others against Jessie McKechnie, as survivor, etc. No opinion. Judgment affirmed, with costs.

DODGE, Respondent, v. WEILL, Appellant. (Supreme Court, General Term, Fifth Department. June Term, 1895.) Action by Hampton Dodge against Henry Weill. No opinion. Order affirmed, with $10 costs and disbursements. See 30 N. Y. Supp. 681.

DRAPER, Respondent, v. McDONOUGH, Appellant. (Supreme Court, General Term, Fifth Department. October 16, 1895.) Action by John Draper against Matthew McDonough. No opinion. Order affirmed, with $10 costs and disbursements.

DUFFY, Appellant, v. HAMILTON, Respondent. (Supreme Court, General Term, Fifth Department. March Term, 1895.) Action by John Duffy, Sr., against Joseph Hamilton. No opinion. Judgment affirmed, with costs.